# Court of Appeals
# of the State of Georgia

ATLANTA,____March 11, 2014____

*The Court of Appeals hereby passes the following order:*

**A14A1161. WALLACE DALE RUMPH v. THE STATE.**

In this direct appeal, Wallace Dale Rumph seeks review of the trial court's October 30, 2012, order revoking his probation. However, under OCGA § 5-6-35 (a) (5), appeals from orders revoking probation must be taken by application for discretionary appeal. Because Rumph failed to comply with the discretionary appeal procedure, we lack jurisdiction to consider this appeal, which is hereby DISMISSED. See *White v. State*, 233 Ga. App. 873 (505 SE2d 228) (1998).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 03/11/2014_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*